UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA )
)
vs. ) Case No. 4:04CR00175 WRW
)
SCOTT LEVINE )

## VERDICT

We, the jury, in the above entitled action, find the defendant, SCOTT LEVINE,
NOT GUILTY of the crime charged in Count 1 of the Indictment.
[guilty/not guilty]

Count 1 - Conspiracy

8-17-05
(Date)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | Case No. 4:04CR00175 WRW |
| | ) | |
| SCOTT LEVINE | ) | |

## VERDICT

We, the jury, in the above entitled action, find the defendant, SCOTT LEVINE, _Not Guilty_ of the crime charged in Count 2 of the Indictment.
[guilty/not guilty]

Count 2 - Unauthorized Access to a Protected Computer

Aug 10-05
(Date)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Case No. 4:04CR00175 WRW |
| | ) | |
| SCOTT LEVINE | ) | |

## VERDICT

We, the jury, in the above entitled action, find the defendant, SCOTT LEVINE,
 NOT  GUILTY of the crime charged in Count 3 of the Indictment.
[guilty/not guilty]

Count 3 - Unauthorized Access to a Protected Computer

Aug 10-05
(Date)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Case No. 4:04CR00175 WRW |
| | ) | |
| SCOTT LEVINE | ) | |

## VERDICT

    We, the jury, in the above entitled action, find the defendant, SCOTT LEVINE,
_NOT GUILTY_ of the crime charged in Count 4 of the Indictment.
[guilty/not guilty]

    Count 4 - Unauthorized Access to a Protected Computer

AUG 10 05
(Date)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | Case No. 4:04CR00175 WRW |
| | ) | |
| SCOTT LEVINE | ) | |

## VERDICT

We, the jury, in the above entitled action, find the defendant, SCOTT LEVINE,
_____NOT GUILTY_____ of the crime charged in Count 5 of the Indictment.
[guilty/not guilty]

Count 5 - Unauthorized Access to a Protected Computer

Aug 10-05
(Date)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) Case No. 4:04CR00175 WRW |
| | ) |
| SCOTT LEVINE | ) |

### VERDICT

We, the jury, in the above entitled action, find the defendant, SCOTT LEVINE,
Not guilty ..... of the crime charged in Count 11 of the Indictment.
[guilty/not guilty]

Count 11 - Unauthorized Access to a Protected Computer

$\underline{Aug\ 11 - 03}$
(Date)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) Case No. 4:04CR00175 WRW |
| | ) |
| SCOTT LEVINE | ) |

## VERDICT

We the jury, in the above entitled action, find the defendant, SCOTT LEVINE,
NOT GUILTY of the crime charged in Count 12 of the Indictment.
[guilty/not guilty]

Count 12 - Unauthorized Access to a Protected Computer

Aug 11-05
(Date)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Case No. 4:04CR00175 WRW |
| | ) | |
| SCOTT LEVINE | ) | |

## VERDICT

We, the jury, in the above entitled action, find the defendant, SCOTT LEVINE,
Not Guilty ("1) _____ of the crime charged in Count 13 of the Indictment.
[guilty or not guilty]

Count 13 - Unauthorized Access to a Protected Computer

$\underline{8 - 11 - 05}$
(Date)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | Case No. 4:04CR00175 WRW |
| | ) | |
| SCOTT LEVINE | ) | |

## VERDICT

We, the jury, in the above entitled action, find the defendant, SCOTT LEVINE, ~~Not Guilty~~ [~~guilty~~ not guilty] of the crime charged in Count 14 of the Indictment.

Count 14 - Unauthorized Access to a Protected Computer

8  11 - 05
(Date)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | Case No. 4:04CR00175 WRW |
| | ) | |
| SCOTT LEVINE | ) | |

## VERDICT

We, the jury, in the above entitled action, find the defendant, SCOTT LEVINE, ~~NOT GUILTY~~ of the crime charged in Count 15 of the Indictment. [not guilty]

Count 15 - Unauthorized Access to a Protected Computer

$8 \cdot 11 \cdot 05$
(Date)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | Case No. 4:04CR00175 WRW |
| | ) | |
| SCOTT LEVINE | ) | |

## VERDICT

We, the jury, in the above entitled action, find the defendant, SCOTT LEVINE, _____ of the crime charged in Count 16 of the Indictment.
(not guilty)

Count 16 - Unauthorized Access to a Protected Computer

$8-11-05$
_____
(Date)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | Case No. 4:04CR00175 WRW |
| | ) | |
| SCOTT LEVINE | ) | |

## VERDICT

We, the jury, in the above entitled action, find the defendant, SCOTT LEVINE,
guilty of the crime charged in Count 17 of the Indictment.
(not guilty)

Count 17 - Unauthorized Access to a Protected Computer

8 11-05
(Date)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) Case No. 4:04CR00175 WRW |
| | ) |
| SCOTT LEVINE | ) |

## VERDICT

We, the jury, in the above entitled action, find the defendant, SCOTT LEVINE,
_____ guilty _____ of the crime charged in Count 18 of the Indictment.
[guilty/not guilty]

Count 18 - Unauthorized Access to a Protected Computer

8-11-05
(Date)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA          )
                                  )
vs.                               )      Case No. 4:04CR00175 WRW
                                  )
SCOTT LEVINE                      )

## VERDICT

We, the jury, in the above entitled action, find the defendant, SCOTT LEVINE,
_____ ᴺᴼᵀ ᴳᵁᴵᴸᵀᵞ of the crime charged in Count 19 of the Indictment.
(guilty/not guilty)

Count 19 - Unauthorized Access to a Protected Computer

8 11-05
  (Date)

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA      )
                              )
vs.                           )      Case No. 4:04CR00175 WRW
                              )
SCOTT LEVINE                  )

## VERDICT

We, the jury, in the above entitled action, find the defendant, SCOTT LEVINE,
_____ ⌐ιЦ(Ր Ր⌐Ι of the crime charged in Count 20 of the Indictment.
[guilty/not guilty]

Count 20 - Unauthorized Access to a Protected Computer

8·11·05
(Date)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) Case No. 4:04CR00175 WRW |
| | ) |
| SCOTT LEVINE | ) |

## VERDICT

We, the jury, in the above entitled action, find the defendant, SCOTT LEVINE, _____ _____ ᴳᵁᴵᴸᵀʸ of the crime charged in Count 21 of the Indictment.
[guilty/not guilty]

Count 21 - Unauthorized Access to a Protected Computer

8·11-05
(Date)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Case No. 4:04CR00175 WRW |
| | ) | |
| SCOTT LEVINE | ) | |

## VERDICT

We, the jury, in the above entitled action, find the defendant, SCOTT LEVINE,
_____ ⁅ᴳⁱⁱˡᵗ____ of the crime charged in Count 22 of the Indictment.
[guilty/not guilty]

Count 22 - Unauthorized Access to a Protected Computer

8·11·05
(Date)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA          )
                                  )
vs.                               )          Case No. 4:04CR00175 WRW
                                  )
SCOTT LEVINE                      )

## VERDICT

We, the jury, in the above entitled action, find the defendant, SCOTT LEVINE,
_____ GUILTY of the crime charged in Count 23 of the Indictment.
[guilty/not guilty]

Count 23 - Unauthorized Access to a Protected Computer

8 11 - 05
(Date)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) Case No. 4:04CR00175 WRW |
| | ) |
| SCOTT LEVINE | ) |

## VERDICT

We, the jury, in the above entitled action, find the defendant, SCOTT LEVINE, __Guilty__ of the crime charged in Count 24 of the Indictment. [guilty/not guilty]

Count 24 - Unauthorized Access to a Protected Computer

8-11-05
(Date)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Case No. 4:04CR00175 WRW |
| | ) | |
| SCOTT LEVINE | ) | |

## VERDICT

We, the jury, in the above entitled action, find the defendant, SCOTT LEVINE, _____ guilty _____ of the crime charged in Count 25 of the Indictment.
[guilty/not guilty]

Count 25 - Unauthorized Access to a Protected Computer

8·11·05
(Date)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | )   Case No. 4:04CR00175 WRW |
| | ) |
| SCOTT LEVINE | ) |

## VERDICT

We, the jury, in the above entitled action, find the defendant, SCOTT LEVINE,
$\underline{\qquad \text{GUILTY} \qquad}$ of the crime charged in Count 26 of the Indictment.
[guilty/not guilty]

Count 26 - Unauthorized Access to a Protected Computer

$\underline{8 \cdot 11 - 05}$
(Date)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) Case No. 4:04CR00175 WRW |
| | ) |
| SCOTT LEVINE | ) |

## VERDICT

We, the jury, in the above entitled action, find the defendant, SCOTT LEVINE, _____ ⌐ 1 ( \ [ ( ['⁊ of the crime charged in Count 27 of the Indictment.
[guilty/not guilty]

Count 27 - Unauthorized Access to a Protected Computer

8·11·05
(Date)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA          )
                                  )
vs.                               )      Case No. 4:04CR00175 WRW
                                  )
SCOTT LEVINE                      )

## VERDICT

We, the jury, in the above entitled action, find the defendant, SCOTT LEVINE, GUILTY of the crime charged in Count 28 of the Indictment. [guilty/not guilty]

Count 28 - Unauthorized Access to a Protected Computer

8 11-05
(Date)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) Case No. 4:04CR00175 WRW |
| | ) |
| SCOTT LEVINE | ) |

## VERDICT

We, the jury, in the above entitled action, find the defendant, SCOTT LEVINE,
guilt [handwritten] of the crime charged in Count 29 of the Indictment.
[guilty/not guilty]

Count 29 - Unauthorized Access to a Protected Computer

8 11-05
(Date)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Case No. 4:04CR00175 WRW |
| | ) | |
| SCOTT LEVINE | ) | |

## VERDICT

We, the jury, in the above entitled action, find the defendant, SCOTT LEVINE,
_____ Guilty of the crime charged in Count 30 of the Indictment.
[guilty/not guilty]

Count 30 - Unauthorized Access to a Protected Computer

8-11-05
(Date)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Case No. 4:04CR00175 WRW |
| | ) | |
| SCOTT LEVINE | ) | |

## VERDICT

We, the jury, in the above entitled action, find the defendant, SCOTT LEVINE,
_____ [guilty] of the crime charged in Count 31 of the Indictment.
[guilty/not guilty]

Count 31 - Unauthorized Access to a Protected Computer

8·11·05
(Date)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) |
| | ) |
| SCOTT LEVINE | ) |

Case No. 4:04CR00175 WRW

## VERDICT

We, the jury, in the above entitled action, find the defendant, SCOTT LEVINE,
_____ guilty of the crime charged in Count 32 of the Indictment.
(guilty)/not guilty]

Count 32 - Unauthorized Access to a Protected Computer

8-11-05
(Date)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) Case No. 4:04CR00175 WRW |
| | ) |
| SCOTT LEVINE | ) |

## VERDICT

We, the jury, in the above entitled action, find the defendant, SCOTT LEVINE,
⌐ᴜ﹐﹐﹐﹐ of the crime charged in Count 33 of the Indictment.
[guilty/not guilty]

Count 33 - Unauthorized Access to a Protected Computer

8·11·05
(Date)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | Case No. 4:04CR00175 WRW |
| | ) | |
| SCOTT LEVINE | ) | |

## VERDICT

We, the jury, in the above entitled action, find the defendant, SCOTT LEVINE,
~~guilty~~ not guilty of the crime charged in Count 34 of the Indictment.
[guilty/not guilty]

Count 34 - Unauthorized Access to a Protected Computer

$8.11-05$
(Date)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) Case No. 4:04CR00175 WRW |
| | ) |
| SCOTT LEVINE | ) |

## VERDICT

We, the jury, in the above entitled action, find the defendant, SCOTT LEVINE, _____ Guilt~~y~~ of the crime charged in Count 35 of the Indictment.
(guilty/not guilty)

Count 35 - Unauthorized Access to a Protected Computer

8·11·05
(Date)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA )
)
vs. )  Case No. 4:04CR00175 WRW
)
SCOTT LEVINE )

### VERDICT

We, the jury, in the above entitled action, find the defendant, SCOTT LEVINE,
_____ ⟨guilty⟩ of the crime charged in Count 36 of the Indictment.
[guilty/not guilty]

Count 36 - Unauthorized Access to a Protected Computer

$8 \cdot 11 \cdot 05$
(Date)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | Case No. 4:04CR00175 WRW |
| | ) | |
| SCOTT LEVINE | ) | |

## VERDICT

We, the jury, in the above entitled action, find the defendant, SCOTT LEVINE,
_____ ᏩᏌᏗᏝᏖᎩ _____ of the crime charged in Count 37 of the Indictment.
[guilty/not guilty]

Count 37 - Unauthorized Access to a Protected Computer

8 11-05
(Date)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA        )
                                )
vs.                             )        Case No. 4:04CR00175 WRW
                                )
SCOTT LEVINE                    )

## VERDICT

We, the jury, in the above entitled action, find the defendant, SCOTT LEVINE,
_____ (guilty) of the crime charged in Count 38 of the Indictment.
[guilty/not guilty]

Count 38 - Unauthorized Access to a Protected Computer

8·11·05
(Date)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Case No. 4:04CR00175 WRW |
| | ) | |
| SCOTT LEVINE | ) | |

## VERDICT

We, the jury, in the above entitled action, find the defendant, SCOTT LEVINE,
_____ $\frac{guilty}{}$ _____ of the crime charged in Count 39 of the Indictment.
[guilty/not guilty]

Count 39 - Unauthorized Access to a Protected Computer

$8-11-05$
(Date)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | Case No. 4:04CR00175 WRW |
| | ) | |
| SCOTT LEVINE | ) | |

## VERDICT

We, the jury, in the above entitled action, find the defendant, SCOTT LEVINE,
_____ Guilty _____ of the crime charged in Count 40 of the Indictment.
[guilty/not guilty]

Count 40 - Unauthorized Access to a Protected Computer

8 11-05
(Date)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA          )
                                  )
vs.                               )          Case No. 4:04CR00175 WRW
                                  )
SCOTT LEVINE                      )

## VERDICT

We, the jury, in the above entitled action, find the defendant, SCOTT LEVINE, _____ of the crime charged in Count 41 of the Indictment.
[guilty/not guilty]

Count 41 - Unauthorized Access to a Protected Computer

8.11.05
(Date)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | )   Case No. 4:04CR00175 WRW |
| | ) |
| SCOTT LEVINE | ) |

## VERDICT

We, the jury, in the above entitled action, find the defendant, SCOTT LEVINE, _____ Guilty _____ of the crime charged in Count 42 of the Indictment.
(guilty/not guilty)

Count 42 - Unauthorized Access to a Protected Computer

8 11-05
(Date)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | )  Case No. 4:04CR00175 WRW |
| | ) |
| SCOTT LEVINE | ) |

## VERDICT

We, the jury, in the above entitled action, find the defendant, SCOTT LEVINE,
_____ ⸻ 𝓰𝓾𝓲𝓵𝓽𝔂 __ of the crime charged in Count 43 of the Indictment.
[guilty/not guilty]

Count 43 - Unauthorized Access to a Protected Computer

8-11-05
(Date)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA            )
                                    )
vs.                                 )     Case No. 4:04CR00175 WRW
                                    )
SCOTT LEVINE                        )

## VERDICT

We, the jury, in the above entitled action, find the defendant, SCOTT LEVINE,
$\underline{\hspace{2cm}}$ of the crime charged in Count 44 of the Indictment.
[guilty/not guilty]

Count 44 - Unauthorized Access to a Protected Computer

$\underline{8 \cdot 11 \cdot 05}$
      (Date)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Case No. 4:04CR00175 WRW |
| | ) | |
| SCOTT LEVINE | ) | |

## VERDICT

We, the jury, in the above entitled action, find the defendant, SCOTT LEVINE, _____ $\underline{G u i l t y}$ of the crime charged in Count 45 of the Indictment. [guilty/not guilty]

Count 45 - Unauthorized Access to a Protected Computer

$8 \cdot 11 - 05$
(Date)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | Case No. 4:04CR00175 WRW |
| | ) | |
| SCOTT LEVINE | ) | |

## VERDICT

We, the jury, in the above entitled action, find the defendant, SCOTT LEVINE,
_____ GUILTY of the crime charged in Count 46 of the Indictment.
[guilty/not guilty]

Count 46 - Unauthorized Access to a Protected Computer

8·11·05
(Date)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) Case No. 4:04CR00175 WRW |
| | ) |
| SCOTT LEVINE | ) |

## VERDICT

We, the jury, in the above entitled action, find the defendant, SCOTT LEVINE,
_____ ⟨Guilty⟩ of the crime charged in Count 47 of the Indictment.
[guilty/not guilty]

Count 47 - Unauthorized Access to a Protected Computer

8·11·05
(Date)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | Case No. 4:04CR00175 WRW |
| | ) | |
| SCOTT LEVINE | ) | |

## VERDICT

We, the jury, in the above entitled action, find the defendant, SCOTT LEVINE,
_____ guilty _____ of the crime charged in Count 48 of the Indictment.
[guilty/not guilty]

Count 48 - Unauthorized Access to a Protected Computer

8 · 11 · 05
(Date)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Case No. 4:04CR00175 WRW |
| | ) | |
| SCOTT LEVINE | ) | |

## VERDICT

We, the jury, in the above entitled action, find the defendant, SCOTT LEVINE, _____ _guilty_ of the crime charged in Count 49 of the Indictment.
[guilty/not guilty]

Count 49 - Unauthorized Access to a Protected Computer

8-11-05
(Date)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA        )
                                )
vs.                             )        Case No. 4:04CR00175 WRW
                                )
SCOTT LEVINE                    )

## VERDICT

We, the jury, in the above entitled action, find the defendant, SCOTT LEVINE,
_____ $GUILTY$ _____ of the crime charged in Count 50 of the Indictment.
[guilty/not guilty]

Count 50 - Unauthorized Access to a Protected Computer

$8 \cdot 11 - 05$
(Date)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | )   Case No. 4:04CR00175 WRW |
| | ) |
| SCOTT LEVINE | ) |

## VERDICT

We, the jury, in the above entitled action, find the defendant, SCOTT LEVINE,
_____ guilty _____ of the crime charged in Count 51 of the Indictment.
[guilty/not guilty]

Count 51 - Unauthorized Access to a Protected Computer

8·11-05
(Date)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | Case No. 4:04CR00175 WRW |
| | ) | |
| SCOTT LEVINE | ) | |

## VERDICT

We, the jury, in the above entitled action, find the defendant, SCOTT LEVINE, _____ Ꮿ͢Ꮯ Ꮧ Ꮭ Ꮭ Ꮭ ᎢᏟ Ꮭ of the crime charged in Count 52 of the Indictment.
[guilty/not guilty]

Count 52 - Unauthorized Access to a Protected Computer

8  11-05
(Date)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA          )
                                  )
vs.                               )          Case No. 4:04CR00175 WRW
                                  )
SCOTT LEVINE                      )

## VERDICT

We, the jury, in the above entitled action, find the defendant, SCOTT LEVINE,
_____ g u i l t y _____ of the crime charged in Count 53 of the Indictment.
[guilty/not guilty]

Count 53 - Unauthorized Access to a Protected Computer

8 11-05
(Date)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | Case No. 4:04CR00175 WRW |
| | ) | |
| SCOTT LEVINE | ) | |

## VERDICT

We, the jury, in the above entitled action, find the defendant, SCOTT LEVINE, _____ guilty _____ of the crime charged in Count 54 of the Indictment.
[guilty/not guilty]

Count 54 - Unauthorized Access to a Protected Computer

8.11.05
(Date)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | )   Case No. 4:04CR00175 WRW |
| | ) |
| SCOTT LEVINE | ) |

## VERDICT

We, the jury, in the above entitled action, find the defendant, SCOTT LEVINE, _____ _guilty_ of the crime charged in Count 56 of the Indictment.
[guilty/not guilty]

Count 56 - Unauthorized Access to a Protected Computer

_8·11-05_
(Date)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | Case No. 4:04CR00175 WRW |
| | ) | |
| SCOTT LEVINE | ) | |

## VERDICT

We, the jury, in the above entitled action, find the defendant, SCOTT LEVINE,
_____ $\underline{Guilty}$ of the crime charged in Count 57 of the Indictment.
[guilty/not guilty]

Count 57 - Unauthorized Access to a Protected Computer

8-11-05
(Date)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA          )
                                  )
vs.                               )          Case No. 4:04CR00175 WRW
                                  )
SCOTT LEVINE                      )

## VERDICT

We, the jury, in the above entitled action, find the defendant, SCOTT LEVINE, _____ guilty of the crime charged in Count 58 of the Indictment. [guilty/not guilty]

Count 58 - Unauthorized Access to a Protected Computer

8-11-05
(Date)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| UNITED STATES OF AMERICA | ) |
|---|---|
| | ) |
| vs. | ) Case No. 4:04CR00175 WRW |
| | ) |
| SCOTT LEVINE | ) |

## VERDICT

We, the jury, in the above entitled action, find the defendant, SCOTT LEVINE,
_____ guilty _____ of the crime charged in Count 59 of the Indictment.
[guilty/not guilty]

Count 59 - Unauthorized Access to a Protected Computer

8 11-05
(Date)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA          )
                                  )
vs.                               )          Case No. 4:04CR00175 WRW
                                  )
SCOTT LEVINE                      )

## VERDICT

We, the jury, in the above entitled action, find the defendant, SCOTT LEVINE,
_____ Guilty _____ of the crime charged in Count 60 of the Indictment.
[guilty/not guilty]

Count 60 - Unauthorized Access to a Protected Computer

8-11-05
(Date)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Case No. 4:04CR00175 WRW |
| | ) | |
| SCOTT LEVINE | ) | |

## VERDICT

We, the jury, in the above entitled action, find the defendant, SCOTT LEVINE,
$\underline{\hspace{2cm}}$ 𝔲𝔲𝔩𝔩 𝔱 𝔶 of the crime charged in Count 61 of the Indictment.
[guilty/not guilty]

Count 61 - Unauthorized Access to a Protected Computer $\big(\quad\big)$

8-11-05
(Date)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA  )
                          )
vs.                       )        Case No. 4:04CR00175 WRW
                          )
SCOTT LEVINE              )

## VERDICT

We, the jury, in the above entitled action, find the defendant, SCOTT LEVINE, GUILTY of the crime charged in Count 62 of the Indictment.
[guilty/not guilty]

Count 62 - Unauthorized Access to a Protected Computer

8·11·05
(Date)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | )    Case No. 4:04CR00175 WRW |
| | ) |
| SCOTT LEVINE | ) |

## VERDICT

We, the jury, in the above entitled action, find the defendant, SCOTT LEVINE,
_____ ~~Guilty~~ of the crime charged in Count 63 of the Indictment.
[guilty/not guilty]                                                                                    .

Count 63 - Unauthorized Access to a Protected Computer

8-11-05
(Date)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) Case No. 4:04CR00175 WRW |
| | ) |
| SCOTT LEVINE | ) |

## VERDICT

We, the jury, in the above entitled action, find the defendant, SCOTT LEVINE, _____ 『 u l l T 』 of the crime charged in Count 64 of the Indictment.
(guilty/not guilty)

Count 64 - Unauthorized Access to a Protected Computer

$8 \cdot 11 \cdot 05$
(Date)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA )
)
vs. )        Case No. 4:04CR00175 WRW
)
SCOTT LEVINE )

## VERDICT

We, the jury, in the above entitled action, find the defendant, SCOTT LEVINE,
_____ (~ι(ιι(Τι) of the crime charged in Count 65 of the Indictment.
[guilty/not guilty]

Count 65 - Unauthorized Access to a Protected Computer

8 11.05
(Date)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA )
)
vs. ) Case No. 4:04CR00175 WRW
)
SCOTT LEVINE )

## VERDICT

We, the jury, in the above entitled action, find the defendant, SCOTT LEVINE, _____ **guilty** _____ of the crime charged in Count 66 of the Indictment. [guilty/not guilty]

Count 66 - Unauthorized Access to a Protected Computer

8 11·05
(Date)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Case No. 4:04CR00175 WRW |
| | ) | |
| SCOTT LEVINE | ) | |

## VERDICT

We, the jury, in the above entitled action, find the defendant, SCOTT LEVINE,
⟨ ̄(ι((ϝ²'ʔ of the crime charged in Count 67 of the Indictment.
[guilty/not guilty]

Count 67 - Unauthorized Access to a Protected Computer

8 11·05
(Date)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA )
)
vs. ) Case No. 4:04CR00175 WRW
)
SCOTT LEVINE )

## VERDICT

We, the jury, in the above entitled action, find the defendant, SCOTT LEVINE,
_____ ⟨‑⟩ ( ⁻⁊ ( ( ( ⁺⁊ of the crime charged in Count 68 of the Indictment.
(guilty/not guilty]

Count 68 - Unauthorized Access to a Protected Computer

8  11·05
(Date)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Case No. 4:04CR00175 WRW |
| | ) | |
| SCOTT LEVINE | ) | |

## VERDICT

We, the jury, in the above entitled action, find the defendant, SCOTT LEVINE,
_____ Guilty _____ of the crime charged in Count 69 of the Indictment.
[guilty/not guilty]

Count 69 - Unauthorized Access to a Protected Computer

8·11·05
(Date)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA          )
                                  )
vs.                               )          Case No. 4:04CR00175 WRW
                                  )
SCOTT LEVINE                      )

## VERDICT

We, the jury, in the above entitled action, find the defendant, SCOTT LEVINE, _____ Guilty _____ of the crime charged in Count 70 of the Indictment.
[guilty/not guilty]

Count 70 - Unauthorized Access to a Protected Computer

8·11·05
(Date)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | )    Case No. 4:04CR00175 WRW |
| | ) |
| SCOTT LEVINE | ) |

## VERDICT

We, the jury, in the above entitled action, find the defendant, SCOTT LEVINE, _____ guilty of the crime charged in Count 71 of the Indictment. [guilty/not guilty]

Count 71 - Unauthorized Access to a Protected Computer

8·11-05
(Date)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | )   Case No. 4:04CR00175 WRW |
| | ) |
| SCOTT LEVINE | ) |

## VERDICT

We, the jury, in the above entitled action, find the defendant, SCOTT LEVINE,
_____ ~~GUILTY~~ _____ of the crime charged in Count 72 of the Indictment.
[guilty/not guilty]

Count 72 - Unauthorized Access to a Protected Computer

$8 \cdot 11 \cdot 05$
(Date)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | )    Case No. 4:04CR00175 WRW |
| | ) |
| SCOTT LEVINE | ) |

## VERDICT

We, the jury, in the above entitled action, find the defendant, SCOTT LEVINE,

_____ [guilty/not guilty] _of the crime charged in Count 73 of the Indictment.

Count 73 - Unauthorized Access to a Protected Computer

8·11-05
(Date)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA )
)
vs. ) Case No. 4:04CR00175 WRW
)
SCOTT LEVINE )

## VERDICT

We, the jury, in the above entitled action, find the defendant, SCOTT LEVINE,
_____ GUILTY _____ of the crime charged in Count 74 of the Indictment.
[guilty/not guilty]

Count 74 - Unauthorized Access to a Protected Computer

8 11·05
(Date)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | Case No. 4:04CR00175 WRW |
| | ) | |
| SCOTT LEVINE | ) | |

## VERDICT

We, the jury, in the above entitled action, find the defendant, SCOTT LEVINE,
_____ GUILTY of the crime charged in Count 75 of the Indictment.
[guilty/not guilty]

Count 75 - Unauthorized Access to a Protected Computer

8 11.05
(Date)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Case No. 4:04CR00175 WRW |
| | ) | |
| SCOTT LEVINE | ) | |

## VERDICT

We, the jury, in the above entitled action, find the defendant, SCOTT LEVINE,
_____ guilty _____ of the crime charged in Count 76 of the Indictment.
[guilty/not guilty]

Count 76 - Unauthorized Access to a Protected Computer

8-11-05
(Date)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | )  Case No. 4:04CR00175 WRW |
| | ) |
| SCOTT LEVINE | ) |

## VERDICT

We, the jury, in the above entitled action, find the defendant, SCOTT LEVINE,
_____ G(u)ilt(y) _____ of the crime charged in Count 77 of the Indictment.
[guilty/not guilty]

Count 77 - Unauthorized Access to a Protected Computer

8  11 - 05
(Date)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | Case No. 4:04CR00175 WRW |
| | ) | |
| SCOTT LEVINE | ) | |

## VERDICT

We, the jury, in the above entitled action, find the defendant, SCOTT LEVINE,
_____ _____ of the crime charged in Count 78 of the Indictment.
[guilty/not guilty]

Count 78 - Unauthorized Access to a Protected Computer

8-11-05
(Date)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Case No. 4:04CR00175 WRW |
| | ) | |
| SCOTT LEVINE | ) | |

## VERDICT

We, the jury, in the above entitled action, find the defendant, SCOTT LEVINE,
_____ guilty _____ of the crime charged in Count 79 of the Indictment.
[guilty/not guilty]

Count 79 - Unauthorized Access to a Protected Computer

8-11-05
(Date)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA          )
                                  )
vs.                               )          Case No. 4:04CR00175 WRW
                                  )
SCOTT LEVINE                      )

## VERDICT

We, the jury, in the above entitled action, find the defendant, SCOTT LEVINE,
_____ guilty _____ of the crime charged in Count 80 of the Indictment.
[guilty/not guilty]

Count 80 - Unauthorized Access to a Protected Computer

8 11 05
(Date)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA        )
                                )
vs.                             )       Case No. 4:04CR00175 WRW
                                )
SCOTT LEVINE                    )

## VERDICT

We, the jury, in the above entitled action, find the defendant, SCOTT LEVINE,
_____ G u i l t y _____ of the crime charged in Count 81 of the Indictment.
[guilty/not guilty]

Count 81 - Unauthorized Access to a Protected Computer

8-11-05
(Date)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | Case No. 4:04CR00175 WRW |
| | ) | |
| SCOTT LEVINE | ) | |

## VERDICT

We, the jury, in the above entitled action, find the defendant, SCOTT LEVINE,
_____ ⟨GUILTY⟩ of the crime charged in Count 82 of the Indictment.
[guilty/not guilty]

Count 82 - Unauthorized Access to a Protected Computer

8 11·05
(Date)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA          )
                                  )
vs.                               )          Case No. 4:04CR00175 WRW
                                  )
SCOTT LEVINE                      )

## VERDICT

We, the jury, in the above entitled action, find the defendant, SCOTT LEVINE, _____ G u i l t y _____ of the crime charged in Count 83 of the Indictment.
[guilty/not guilty]

Count 83 - Unauthorized Access to a Protected Computer

8 · 11 · 05
(Date)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA          )
                                  )
vs.                               )          Case No. 4:04CR00175 WRW
                                  )
SCOTT LEVINE                      )

## VERDICT

We, the jury, in the above entitled action, find the defendant, SCOTT LEVINE,
_____ _guilty_ _____ of the crime charged in Count 84 of the Indictment.
[guilty/not guilty]

Count 84 - Unauthorized Access to a Protected Computer

8 11 05
(Date)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA          )
                                  )
vs.                               )          Case No. 4:04CR00175 WRW
                                  )
SCOTT LEVINE                      )

## VERDICT

We, the jury, in the above entitled action, find the defendant, SCOTT LEVINE, _____ GUILTY _____ of the crime charged in Count 85 of the Indictment.
[guilty/not guilty]

Count 85 - Unauthorized Access to a Protected Computer

8-11-05
(Date)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | )     Case No. 4:04CR00175 WRW |
| | ) |
| SCOTT LEVINE | ) |

## VERDICT

We, the jury, in the above entitled action, find the defendant, SCOTT LEVINE, _____ of the crime charged in Count 86 of the Indictment.
[guilty/not guilty]

Count 86 - Unauthorized Access to a Protected Computer

8 11·05
(Date)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| vs. | ) | Case No. 4:04CR00175 WRW |
| | ) | |
| SCOTT LEVINE | ) | |

## VERDICT

We, the jury, in the above entitled action, find the defendant, SCOTT LEVINE, _____ of the crime charged in Count 87 of the Indictment.
[guilty/not guilty]

Count 87 - Unauthorized Access to a Protected Computer

8·11·05
(Date)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Case No. 4:04CR00175 WRW |
| | ) | |
| SCOTT LEVINE | ) | |

## VERDICT

We, the jury, in the above entitled action, find the defendant, SCOTT LEVINE, _____ guilty _____ of the crime charged in Count 88 of the Indictment.
[guilty/not guilty]

Count 88 - Unauthorized Access to a Protected Computer

8-11-05
(Date)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) Case No. 4:04CR00175 WRW |
| | ) |
| SCOTT LEVINE | ) |

## VERDICT

We, the jury, in the above entitled action, find the defendant, SCOTT LEVINE,
_____ [guilty] _____ of the crime charged in Count 89 of the Indictment.
([guilty]/not guilty]

Count 89 - Unauthorized Access to a Protected Computer

8·11·05
(Date)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA          )
                                  )
vs.                               )        Case No. 4:04CR00175 WRW
                                  )
SCOTT LEVINE                      )

## VERDICT

We, the jury, in the above entitled action, find the defendant, SCOTT LEVINE,
_____ guilty _____ of the crime charged in Count 90 of the Indictment.
[guilty/not guilty]

Count 90 - Unauthorized Access to a Protected Computer

8·11·05
(Date)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA          )
                                  )
vs.                               )          Case No. 4:04CR00175 WRW
                                  )
SCOTT LEVINE                      )

## VERDICT

We, the jury, in the above entitled action, find the defendant, SCOTT LEVINE,
_____ ⎿ᴎ ᵁⱵ⑭⑭ of the crime charged in Count 91 of the Indictment.
[guilty/not guilty]

Count 91 - Unauthorized Access to a Protected Computer

8-11-05
(Date)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) Case No. 4:04CR00175 WRW |
| | ) |
| SCOTT LEVINE | ) |

### VERDICT

We, the jury, in the above entitled action, find the defendant, SCOTT LEVINE,
_____ guilty _____ of the crime charged in Count 92 of the Indictment.
[guilty/not guilty]

Count 92 - Unauthorized Access to a Protected Computer

8-11-05
(Date)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | Case No. 4:04CR00175 WRW |
| | ) | |
| SCOTT LEVINE | ) | |

## VERDICT

We, the jury, in the above entitled action, find the defendant, SCOTT LEVINE,
_____ ⌐ᒐ ᑐ ᑐ ᒐ ⊤ ᑌ ____ of the crime charged in Count 93 of the Indictment.
[guilty/not guilty]

Count 93 - Unauthorized Access to a Protected Computer

8·11·05
(Date)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | Case No. 4:04CR00175 WRW |
| | ) | |
| SCOTT LEVINE | ) | |

## VERDICT

We, the jury, in the above entitled action, find the defendant, SCOTT LEVINE,
_____ guilty _____ of the crime charged in Count 94 of the Indictment.
[guilty/not guilty]

Count 94 - Unauthorized Access to a Protected Computer

8-11-05
(Date)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA          )
                                  )
vs.                               )          Case No. 4:04CR00175 WRW
                                  )
SCOTT LEVINE                      )

## VERDICT

We, the jury, in the above entitled action, find the defendant, SCOTT LEVINE,
_____ 𝑔𝑢𝑖𝑙𝑡𝑦 _____ of the crime charged in Count 95 of the Indictment.
[guilty/not guilty]

Count 95 - Unauthorized Access to a Protected Computer

8·11·05
(Date)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | )  Case No. 4:04CR00175 WRW |
| | ) |
| SCOTT LEVINE | ) |

## VERDICT

We, the jury, in the above entitled action, find the defendant, SCOTT LEVINE,
_____ ̶G̶U̶I̶L̶T̶Y̶ of the crime charged in Count 96 of the Indictment.
[guilty/not guilty]

Count 96 - Unauthorized Access to a Protected Computer

8·11-05
(Date)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | )     Case No. 4:04CR00175 WRW |
| | ) |
| SCOTT LEVINE | ) |

## VERDICT

We, the jury, in the above entitled action, find the defendant, SCOTT LEVINE,
_____ GUILTY _____ of the crime charged in Count 97 of the Indictment.
[guilty/not guilty]

Count 97 - Unauthorized Access to a Protected Computer

8·11-05
(Date)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Case No. 4:04CR00175 WRW |
| | ) | |
| SCOTT LEVINE | ) | |

## VERDICT

We, the jury, in the above entitled action, find the defendant, SCOTT LEVINE,
_____ ˙ꞡ⎧ꞁꞁ⎰ꞁꞁ⎱ of the crime charged in Count 98 of the Indictment.
[guilty/not guilty]

Count 98 - Unauthorized Access to a Protected Computer

8-11-05
  (Date)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) Case No. 4:04CR00175 WRW |
| | ) |
| SCOTT LEVINE | ) |

## VERDICT

We, the jury, in the above entitled action, find the defendant, SCOTT LEVINE,
_____ [guilty/not guilty] of the crime charged in Count 99 of the Indictment.

Count 99 - Unauthorized Access to a Protected Computer

8-11-05
(Date)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | Case No. 4:04CR00175 WRW |
| | ) | |
| SCOTT LEVINE | ) | |

## VERDICT

We, the jury, in the above entitled action, find the defendant, SCOTT LEVINE,
_____ ~guilty~ of the crime charged in Count 100 of the Indictment.
[guilty/not guilty]

Count 100 - Unauthorized Access to a Protected Computer

8.11.05
(Date)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA          )
                                  )
vs.                               )     Case No. 4:04CR00175 WRW
                                  )
SCOTT LEVINE                      )

## VERDICT

We, the jury, in the above entitled action, find the defendant, SCOTT LEVINE,
_____ guilty _____ of the crime charged in Count 101 of the Indictment.
[guilty/not guilty]

Count 101 - Unauthorized Access to a Protected Computer

$8 \cdot 11 \cdot 05$
(Date)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Case No. 4:04CR00175 WRW |
| | ) | |
| SCOTT LEVINE | ) | |

## VERDICT

We, the jury, in the above entitled action, find the defendant, SCOTT LEVINE,
_____ ～ﾍ1UｲLｲｴ _____ of the crime charged in Count 102 of the Indictment.
([guilty/not guilty])

Count 102 - Unauthorized Access to a Protected Computer

8·11·05
(Date)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA      )
                              )
vs.                           )      Case No. 4:04CR00175 WRW
                              )
SCOTT LEVINE                  )

### VERDICT

We, the jury, in the above entitled action, find the defendant, SCOTT LEVINE, _____ of the crime charged in Count 103 of the Indictment.
[guilty/not guilty]

Count 103 - Unauthorized Access to a Protected Computer

8·11·05
(Date)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Case No. 4:04CR00175 WRW |
| | ) | |
| SCOTT LEVINE | ) | |

## VERDICT

We, the jury, in the above entitled action, find the defendant, SCOTT LEVINE,
_____ ⌐ᵤ U L T U of the crime charged in Count 104 of the Indictment.
[guilty/not guilty]

Count 104 - Unauthorized Access to a Protected Computer

8·11·05
(Date)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA          )
                                  )
vs.                               )          Case No. 4:04CR00175 WRW
                                  )
SCOTT LEVINE                      )

## VERDICT

We, the jury, in the above entitled action, find the defendant, SCOTT LEVINE, _____ GUILTY of the crime charged in Count 105 of the Indictment. [guilty/not guilty]

Count 105 - Unauthorized Access to a Protected Computer

8·11·05
(Date)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA )
)
vs. ) Case No. 4:04CR00175 WRW
)
SCOTT LEVINE )

## VERDICT

We, the jury, in the above entitled action, find the defendant, SCOTT LEVINE,
_____ Guilty _____ of the crime charged in Count 106 of the Indictment.
[guilty/not guilty]

Count 106 - Unauthorized Access to a Protected Computer

8·11-05
(Date)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | Case No. 4:04CR00175 WRW |
| | ) | |
| SCOTT LEVINE | ) | |

## VERDICT

We, the jury, in the above entitled action, find the defendant, SCOTT LEVINE, _guilty_ of the crime charged in Count 107 of the Indictment.
[guilty/not guilty]

Count 107 - Unauthorized Access to a Protected Computer

8·11·05
(Date)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Case No. 4:04CR00175 WRW |
| | ) | |
| SCOTT LEVINE | ) | |

## VERDICT

We, the jury, in the above entitled action, find the defendant, SCOTT LEVINE, _____ $\underline{\phantom{xx} \text{guilty}}$ of the crime charged in Count 108 of the Indictment.
[guilty/not guilty]

Count 108 - Unauthorized Access to a Protected Computer

8-11-05
(Date)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | Case No. 4:04CR00175 WRW |
| | ) | |
| SCOTT LEVINE | ) | |

## VERDICT

We, the jury, in the above entitled action, find the defendant, SCOTT LEVINE,
_____ guilty _____ of the crime charged in Count 109 of the Indictment.
[guilty/not guilty]

Count 109 - Unauthorized Access to a Protected Computer

8·11-05
(Date)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | )   Case No. 4:04CR00175 WRW |
| | ) |
| SCOTT LEVINE | ) |

## VERDICT

We, the jury, in the above entitled action, find the defendant, SCOTT LEVINE,
_____ guilty _____ of the crime charged in Count 110 of the Indictment.
[guilty/not guilty]

Count 110 - Unauthorized Access to a Protected Computer

8·11·05
(Date)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | )   Case No. 4:04CR00175 WRW |
| | ) |
| SCOTT LEVINE | ) |

## VERDICT

We, the jury, in the above entitled action, find the defendant, SCOTT LEVINE, _____ guilty of the crime charged in Count 111 of the Indictment.
[guilty/not guilty]

Count 111 - Unauthorized Access to a Protected Computer

8-11-05
(Date)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | Case No. 4:04CR00175 WRW |
| | ) | |
| SCOTT LEVINE | ) | |

## VERDICT

We, the jury, in the above entitled action, find the defendant, SCOTT LEVINE,
_____ guilty _____ of the crime charged in Count 112 of the Indictment.
[guilty/not guilty]

Count 112 - Unauthorized Access to a Protected Computer

8 · 11 - 05
(Date)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA )
)
vs. ) Case No. 4:04CR00175 WRW
)
SCOTT LEVINE )

## VERDICT

We, the jury, in the above entitled action, find the defendant, SCOTT LEVINE, guilty of the crime charged in Count 113 of the Indictment.
[guilty/not guilty]

Count 113 - Unauthorized Access to a Protected Computer

8-18-05
(Date)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Case No. 4:04CR00175 WRW |
| | ) | |
| SCOTT LEVINE | ) | |

## VERDICT

We, the jury, in the above entitled action, find the defendant, SCOTT LEVINE,
_____ ⌐ 𝓃 𝓊 ⌐ ⌐ 𝑇ᵠ⌐ of the crime charged in Count 114 of the Indictment.
(guilty/not guilty]

Count 114 - Unauthorized Access to a Protected Computer

8 - 11 - 05
(Date)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Case No. 4:04CR00175 WRW |
| | ) | |
| SCOTT LEVINE | ) | |

## VERDICT

We, the jury, in the above entitled action, find the defendant, SCOTT LEVINE,
_____ ⟨guilty⟩ of the crime charged in Count 115 of the Indictment.
[guilty/not guilty]

Count 115 - Unauthorized Access to a Protected Computer

8 - 11 - 05
(Date)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA        )
                                )
vs.                             )        Case No. 4:04CR00175 WRW
                                )
SCOTT LEVINE                    )

## VERDICT

We, the jury, in the above entitled action, find the defendant, SCOTT LEVINE, _____ guilty _____ of the crime charged in Count 116 of the Indictment.
[guilty/not guilty]

Count 116 - Unauthorized Access to a Protected Computer

8·11·05
(Date)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA          )
                                  )
vs.                               )          Case No. 4:04CR00175 WRW
                                  )
SCOTT LEVINE                      )

## VERDICT

We, the jury, in the above entitled action, find the defendant, SCOTT LEVINE,
_____ guilty _____ of the crime charged in Count 117 of the Indictment.
[guilty/not guilty]

Count 117 - Unauthorized Access to a Protected Computer

8-11-05
(Date)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) Case No. 4:04CR00175 WRW |
| | ) |
| SCOTT LEVINE | ) |

## VERDICT

We, the jury, in the above entitled action, find the defendant, SCOTT LEVINE,
_____ _guilty_ of the crime charged in Count 118 of the Indictment.
[guilty/not guilty]

Count 118 - Unauthorized Access to a Protected Computer

8-11-05
(Date)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) | Case No. 4:04CR00175 WRW |
| | ) |
| SCOTT LEVINE | ) |

## VERDICT

We, the jury, in the above entitled action, find the defendant, SCOTT LEVINE, _____ guilty of the crime charged in Count 119 of the Indictment.
(guilty/not guilty)

Count 119 - Unauthorized Access to a Protected Computer

8 11-05
(Date)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) Case No. 4:04CR00175 WRW |
| | ) |
| SCOTT LEVINE | ) |

### VERDICT

We, the jury, in the above entitled action, find the defendant, SCOTT LEVINE, _____ guilty ____ of the crime charged in Count 120 of the Indictment.

[guilty/not guilty]

Count 120 - Unauthorized Access to a Protected Computer

8 - 11 - 05
(Date)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Case No. 4:04CR00175 WRW |
| | ) | |
| SCOTT LEVINE | ) | |

## VERDICT

We, the jury, in the above entitled action, find the defendant, SCOTT LEVINE,
_____ G u i l t y of the crime charged in Count 121 of the Indictment.
[guilty/not guilty]

Count 121 - Unauthorized Access to a Protected Computer

$8 \cdot 11 \cdot 05$
(Date)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS

| UNITED STATES OF AMERICA | ) |                             |
|                          | ) |                             |
| vs.                      | ) | Case No. 4:04CR00175 WRW    |
|                          | ) |                             |
| SCOTT LEVINE             | ) |                             |

## VERDICT

We, the jury, in the above entitled action, find the defendant, SCOTT LEVINE, _____ guilty _____ of the crime charged in Count 122 of the Indictment. [guilty/not guilty]

Count 122 - Unauthorized Access to a Protected Computer

$8:11-05$
(Date)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | Case No. 4:04CR00175 WRW |
| | ) | |
| SCOTT LEVINE | ) | |

## VERDICT

We, the jury, in the above entitled action, find the defendant, SCOTT LEVINE, _____ guilty _____ of the crime charged in Count 123 of the Indictment. [guilty/not guilty]

Count 123 - Unauthorized Access to a Protected Computer

8-11-05
(Date)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA      )
                              )
vs.                           )      Case No. 4:04CR00175 WRW
                              )
SCOTT LEVINE                  )

## VERDICT

We, the jury, in the above entitled action, find the defendant, SCOTT LEVINE,
_____ ___ _____ _guilty_ of the crime charged in Count 124 of the Indictment.
[guilty/not guilty]

Count 124 - Unauthorized Access to a Protected Computer

8·11·05
(Date)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | )    Case No. 4:04CR00175 WRW |
| | ) |
| SCOTT LEVINE | ) |

## VERDICT

We, the jury, in the above entitled action, find the defendant, SCOTT LEVINE,
_____ [guilty/not guilty] of the crime charged in Count 125 of the Indictment.

Count 125 - Unauthorized Access to a Protected Computer

8-11-05
(Date)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA          )
                                  )
vs.                               )     Case No. 4:04CR00175 WRW
                                  )
SCOTT LEVINE                      )

## VERDICT

We, the jury, in the above entitled action, find the defendant, SCOTT LEVINE,
_____ guilty _____ of the crime charged in Count 126 of the Indictment.
[guilty/not guilty]

Count 126 - Unauthorized Access to a Protected Computer

8-11-05
(Date)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | )   Case No. 4:04CR00175 WRW |
| | ) |
| SCOTT LEVINE | ) |

## VERDICT

We, the jury, in the above entitled action, find the defendant, SCOTT LEVINE,
_____ Guilty _____ of the crime charged in Count 127 of the Indictment.
[guilty/not guilty]

Count 127 - Unauthorized Access to a Protected Computer

8-11-05
(Date)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | Case No. 4:04CR00175 WRW |
| | ) | |
| SCOTT LEVINE | ) | |

## VERDICT

We, the jury, in the above entitled action, find the defendant, SCOTT LEVINE,
_____ of the crime charged in Count 128 of the Indictment.
[guilty/not guilty]

Count 128 - Unauthorized Access to a Protected Computer

8-11-05
   (Date)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Case No. 4:04CR00175 WRW |
| | ) | |
| SCOTT LEVINE | ) | |

## VERDICT

We, the jury, in the above entitled action, find the defendant, SCOTT LEVINE,
_____ ⟨ u l l t l ⟩ _ of the crime charged in Count 129 of the Indictment.
(guilty/not guilty]

Count 129 - Unauthorized Access to a Protected Computer

8.11-05
(Date)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | Case No. 4:04CR00175 WRW |
| | ) | |
| SCOTT LEVINE | ) | |

## VERDICT

We, the jury, in the above entitled action, find the defendant, SCOTT LEVINE, _____ $\underline{\text{GUILTY}}$ of the crime charged in Count 130 of the Indictment. [guilty/not guilty]

Count 130 - Unauthorized Access to a Protected Computer

8-11-05
(Date)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | Case No. 4:04CR00175 WRW |
| | ) | |
| SCOTT LEVINE | ) | |

## VERDICT

We, the jury, in the above entitled action, find the defendant, SCOTT LEVINE,

_____ ⌐⌐⌐⌐⌐⌐ ⌐ _ of the crime charged in Count 131 of the Indictment.
[guilty/not guilty]

Count 131 - Unauthorized Access to a Protected Computer

8·11·05
(Date)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) Case No. 4:04CR00175 WRW |
| | ) |
| SCOTT LEVINE | ) |

## VERDICT

We, the jury, in the above entitled action, find the defendant, SCOTT LEVINE, ___ guilty ___ of the crime charged in Count 132 of the Indictment. [guilty/not guilty]

Count 132 - Unauthorized Access to a Protected Computer

8-11-05
(Date)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Case No. 4:04CR00175 WRW |
| | ) | |
| SCOTT LEVINE | ) | |

## VERDICT

We, the jury, in the above entitled action, find the defendant, SCOTT LEVINE, _____ of the crime charged in Count 133 of the Indictment.
[guilty/not guilty]

Count 133 - Unauthorized Access to a Protected Computer

8 11-05
(Date)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) Case No. 4:04CR00175 WRW |
| | ) |
| SCOTT LEVINE | ) |

### VERDICT

We, the jury, in the above entitled action, find the defendant, SCOTT LEVINE,
_____ $c_2 (\iota (\iota.$ *t*$^2)$ of the crime charged in Count 134 of the Indictment.
[guilty/not guilty]

Count 134 - Unauthorized Access to a Protected Computer

$8.11.05$
(Date)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA        )
                                )
vs.                             )        Case No. 4:04CR00175 WRW
                                )
SCOTT LEVINE                    )

## VERDICT

We, the jury, in the above entitled action, find the defendant, SCOTT LEVINE,
_____ _guilty_ of the crime charged in Count 135 of the Indictment.
[guilty/not guilty]

Count 135 - Unauthorized Access to a Protected Computer

8-11-05
(Date)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA          )
                                  )
vs.                               )      Case No. 4:04CR00175 WRW
                                  )
SCOTT LEVINE                      )

## VERDICT

We, the jury, in the above entitled action, find the defendant, SCOTT LEVINE,
_____ guilty _____ of the crime charged in Count 136 of the Indictment.
[guilty/not guilty]

Count 136 - Unauthorized Access to a Protected Computer

8·11·05
(Date)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Case No. 4:04CR00175 WRW |
| | ) | |
| SCOTT LEVINE | ) | |

## VERDICT

We, the jury, in the above entitled action, find the defendant, SCOTT LEVINE, _____ $\frac{}{}$ guilty of the crime charged in Count 137 of the Indictment.
[guilty/not guilty]

Count 137 - Unauthorized Access to a Protected Computer

8·11·05
(Date)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Case No. 4:04CR00175 WRW |
| | ) | |
| SCOTT LEVINE | ) | |

## VERDICT

We, the jury, in the above entitled action, find the defendant, SCOTT LEVINE,
_____ (  ) u l l t  7 of the crime charged in Count 138 of the Indictment.
[guilty/not guilty]

Count 138 - Unauthorized Access to a Protected Computer

8-11-05
(Date)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) Case No. 4:04CR00175 WRW |
| | ) |
| SCOTT LEVINE | ) |

## VERDICT

We, the jury, in the above entitled action, find the defendant, SCOTT LEVINE, _____ of the crime charged in Count 139 of the Indictment.
[guilty/not guilty]

Count 139 - Unauthorized Access to a Protected Computer

8·11-05
(Date)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA )
 )
vs. ) Case No. 4:04CR00175 WRW
 )
SCOTT LEVINE )

## VERDICT

We, the jury, in the above entitled action, find the defendant, SCOTT LEVINE, _____ _guilty_ of the crime charged in Count 140 of the Indictment. [guilty/not guilty]

Count 140 - Unauthorized Access to a Protected Computer

8·11·05
(Date)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | )   Case No. 4:04CR00175 WRW |
| | ) |
| SCOTT LEVINE | ) |

## VERDICT

We, the jury, in the above entitled action, find the defendant, SCOTT LEVINE,
NOT GUILTY of the crime charged in Count 141 of the Indictment.
[guilty/not guilty]

Count 141 - Money Laundering

8-12-05
(Date)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Case No. 4:04CR00175 WRW |
| ) | |
| SCOTT LEVINE ) | |

## VERDICT

We, the jury, in the above entitled action, find the defendant, SCOTT LEVINE,
$\underline{\quad \text{Guilty} \quad}$ of the crime charged in Count 142 of the Indictment.
[guilty/not guilty]

Count 142 - Access Device Fraud

$\underline{8 \cdot 11 \cdot 05}$
(Date)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA          )
                                  )
vs.                               )          Case No. 4:04CR00175 WRW
                                  )
SCOTT LEVINE                      )

## VERDICT

We, the jury, in the above entitled action, find the defendant, SCOTT LEVINE,
_____ GUILTY _____ of the crime charged in Count 143 of the Indictment.
[guilty/not guilty]

Count 143 - Access Device Fraud


8-11-05
_____
(Date)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA          )
                                  )
vs.                               )          Case No. 4:04CR00175 WRW
                                  )
SCOTT LEVINE                      )

## VERDICT

We, the jury, in the above entitled action, find the defendant, SCOTT LEVINE,
_____ GUILTY _____ of the crime charged in Count 144 of the Indictment.
[guilty/not guilty]

Count 144 - Obstruction of Justice

8-11-05
(Date)