IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**UNITED STATES OF AMERICA**

**VS.**                                      **4:04CR00175-WRW**

**SCOTT LEVINE**

## ORDER

Based on 28 U.S.C. § 2044,[1] the Prosecution's Motion to Apply Bond Money to Restitution (Doc. No. 203) is GRANTED. Accordingly, the remaining bond balance ($18,444.14) is to be "paid over" to the United States Attorney, by the Clerk of the Court, so that it may be applied to the outstanding restitution.

IT IS SO ORDERED this 27th day of April, 2009.

/s/ Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

---

[1] 28 U.S.C. § 2044 reads:
On motion of the United States attorney, the court shall order any money belonging to and deposited by or on behalf of the defendant with the court for the purposes of a criminal appearance bail bond (trial or appeal) to be held and paid over to the United States attorney to be applied to the payment of any assessment, fine, restitution, or penalty imposed upon the defendant.