**Notice to Receiving District of Criminal Case Transfer**
AREDdb_Criminal   to:  cmecf_crcasetransfer                                    09/13/2012 11:22 AM
Sent by:  Katelyn Cameron

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS

IN RE:     Transfer of Jurisdiction
           USDC ED/AR Criminal Case No. 4:04-CR-00175-BRW
           USA vs. Scott Levine

## NOTICE TO RECEIVING DISTRICT OF CRIMINAL CASE TRANSFER

    Attached is a certified copy of the Transfer Order filed on 9/12/2012 in the above referenced case and a copy of the docket sheet.  Any other document needed to complete this transfer can be downloaded directly from the PACER system.

    Please notify our office if you require certified copies of any of the documents from this case by responding to this email.

    Thank you.

                                           Sincerely yours,
                                           JAMES W. McCORMACK, CLERK

                        By:     /s/ Katelyn Cameron
                               Deputy Clerk

 

jp404cr175 Transfer.pdf   404cr175 Docket Sheet.pdf